# VOUCHER FOR CLERK OF COURT FOR TURNOVER CLAIMS IN CLOSED CASES

Case # :  06-31324

Debtors:  VANESSA POTTS HARRIS
          3449 REID AVENUE
          CHARLOTTE, NC  28208

Account Number:  166338

Creditor Information:  CENTRIX FINANCE  6782 S POTOMAC STREET  CENTENNIAL  CO  80112

Amount of Turnover:  $1,370.45              94-Dsb Ck-Crdtr Prin

**Total Turnover Amount:  $1,370.45**